# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 7:21−po−00002

Eduardo Leal

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  7/7/2021

**TIME:**  09:30 AM

**TYPE OF PROCEEDING:**  Plea and Sentence


Date:  July 1, 2021

                                                                            Nathan Ochsner, Clerk